No. 972, Misc.   BUSH v. CALIFORNIA.   Dist. Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 983, Misc.   LAING v. FIELD, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 989, Misc.   McNUTT v. TEXAS ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 992, Misc.   LaMANNA v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 995, Misc.   FINLEY v. OLIVER, WARDEN.   Sup. Ct. Cal.   Certiorari denied.

No. 1022, Misc.   EDWARDS v. NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.   Petitioner pro se.   Malvina H. Guggenheim for respondent.

No. 1029, Misc.   MILLER v. ALABAMA.   Ct. App. Ala. Certiorari denied.

No. 1100, Misc.   KRUCHTEN v. ARIZONA.   Sup. Ct. Ariz.   Certiorari denied.   Laurence Davis for petitioner.

No. 48.   HEIDER, ADMINISTRATOR v. MICHIGAN SUGAR Co., ante, p. 362;

No. 581.   FRENCH v. CALIFORNIA, ante, p. 370;

No. 654.   RUTHERFORD v. UNITED STATES, ante, p. 987;

No. 679.   BROWN v. FOLLIN, AUDITOR OF THE U. S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, ET AL., ante, p. 988; and

No. 780.   PANCZKO v. UNITED STATES, ante, p. 1009. Petitions for rehearing denied.